1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 454-3111
4 | Facsimile: (916) 454-3131

5 | Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ED LOYHA** | Case No. CIV - 09-0038 GGH |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from October 6, 2009 to November 5, 2009. This extension is required due to Plaintiff's counsel's extremely heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: October 6, 2009 | | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | | Attorney for Plaintiff |

Dated: October 7, 2009          Lawrence G. Brown

                                Acting United States Attorney

                                */s/ Elizabeth Firer*
                                ELIZABETH FIRER

                                Special Assistant U.S. Attorney
                                Social Security Administration

                                Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: October 7, 2009

                                /s/ Gregory G. Hollows
                                _____
                                GREGORY G. HOLLOWS
                                U.S. MAGISTRATE JUDGE

loyha.eot2

2