BENJAMIN WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8937
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| ED LOYHA,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:09-CV-00038 GGH<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 11 days to respond to Plaintiff's motion for summary judgment, up to and including December 18, 2009.  Due to an extensive case load, training and previously scheduled leave, counsel for Defendant needs additional time to respond to Plaintiff's brief.

///

///

///

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                      Respectfully submitted,

                                      */s/ Bess Brewer*

Dated December 15, 2009,  
                                      BESS BREWER  
                                      (as authorized via email)  
                                      Attorney at Law

                                      Attorney for Plaintiff

Dated December 15, 2009,            BENJAMIN WAGNER  
                                      United States Attorney  
                                      LUCILLE GONZALES MEIS  
                                      Regional Chief Counsel, Region IX  
                                      Social Security Administration

                         By:

                                      */s/ Elizabeth Firer*

                                      Elizabeth Firer  
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant

                                      **ORDER**

APPROVED AND SO ORDERED.

DATED: December 18, 2009                          /s/ Gregory G. Hollows  
                                                                               UNITED STATES MAGISTRATE JUDGE

loyha.eotsj